1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRAVIS, | Case No. 1:14-cv-00074-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 10) |
| G. SANDOR, et al., | |
| Defendants. | |

_____/

Plaintiff William Travis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 17, 2014.  On July 7, 2014, Plaintiff filed a motion seeking a preliminary injunction.  Plaintiff's motion is unsigned and it cannot be considered by the Court.  Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's unsigned motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   __July 9, 2014__                          _____/s/ Sheila K. Oberto__
                                                UNITED STATES MAGISTRATE JUDGE